JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>     Plaintiff,<br><br>   v.<br><br>RADIANT CREATIONS, LLC, an Oklahoma domestic limited liability company; and DAWN RACHELLE WILSON, an individual,<br><br>     Defendants. | Case No. 8:25-cv-02861-FWS-KES<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

**JUDGMENT**

On April 23, 2026, the court granted Plaintiff Ameris Bank's Motion for Default Judgment against Defendant Radiant Creations, LLC and Defendant Dawn Rachelle Wilson (together, "Defendants").  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Plaintiff and against Defendants in the total amount of **$96,966.43**, which represents the sum of $86,886.38 in compensatory damages, $4,212.60 in prejudgment interest, $5,075.45 in attorney fees, and $792.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.


**IT IS SO ORDERED**.

Dated:  April 23, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2